

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

---

### NO. WR-79,933-03

---

### IN RE ROBERT BURROW, Relator

---

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 983040-A AND 983041-A
### IN THE 228TH DISTRICT COURT FROM HARRIS COUNTY

---

*Per curiam*.

### **O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed two applications for writs of habeas corpus in the 228th District Court of Harris County, that more than 35 days have elapsed, and that the applications have not yet been forwarded to this Court. The district court entered an order designating issues in each case on November 2, 2011.

Respondent, the Judge of the 228th District Court of Harris County, shall file a response with this Court by having the District Clerk submit the records on such habeas corpus applications. In the alternative, Respondent may resolve the issues set out in the orders designating issues and then

have the District Clerk submit the records on such applications. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: September 24, 2014
Do not publish